UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA LYNCH,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:21-cv-01336 (ABJ/GMH) |
| **APPLE INC.,** | ) |
| **Defendant.** | ) |

## JOINT STATUS REPORT

Plaintiff Melissa Lynch and Defendant Apple, Inc., by and through undersigned counsel, submit this Joint Status Report in accordance with the Order dated March 17, 2022. The parties engaged in mediation with Magistrate Judge G. Michael Harvey on May 17, 2022, and the parties have reached a resolution. The parties have executed an agreement and will stipulate to a voluntary dismissal of the case in keeping with the timeline and terms set forth in the agreement.

Dated: June 15, 2022                Respectfully submitted,

/s/Kellee Boulais Kruse
Kellee Boulais Kruse, DC Bar # 994450
Tejal Garg, DC Bar # 1735756
The Employment Law Group, P.C.
1717 K Street N.W., Ste. 1110
Washington, D.C. 20006
(202) 261-2838
(202) 261-2835 (facsimile)
kkruse@employmentlawgroup.com
tgarg@employmentlawgroup.com
*Counsel for Plaintiff Melissa Lynch*

OGLETREE, DEAKINS, NASH,
SMOAK &STEWART, P.C.
/s/ Christopher E. Humber
DC Bar No. 462447
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
chris.humber@ogletree.com
*Counsel for Defendant Apple, Inc.*

1